# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JEAN CARLOS QUIPSE MELGAREJO** | **CASE NO. 1:25-CV-01857 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **JUDGE JOSEPH PEREZ-MONTES** |

## ORDER

Before the Court is a Motion for Order to Show Cause and Motion for Temporary Restraining Order [Doc. No. 2] filed by Petitioner Jean Carlos Quispe Melgarejo ("Petitioner").

**IT IS ORDERED** that a telephone status conference shall be set for November 25, 2025, at 10:30 a.m. C.S.T.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 24th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE