## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JEAN CARLOS QUIPSE MELGAREJO** | **CASE NO.  1:25-CV-01857 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

Before the Court is a Habeas Petition [Doc. No. 1] and a Motion for Order to Show Cause and Temporary Restraining Order ("TRO") [Doc. No. 2]. On November 26, 2025, the Court received notice that the Petitioner's removal flight had been advanced to Sunday, November 30, 2025. The Supreme Court of the United States has held, in the past, that "the power to stay proceedings is incidental to the power inherent in *every court* to control the disposition of the causes on its docket with economy of time and effort." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (emphasis added). Given the imminent development, the record's lack of information concerning the Petitioner's present status, and the authority of the Court,

**IT IS ORDERED** that the proceeding is **STAYED**.

**IT IS FURTHER ORDERED** that Petitioner shall remain in the United States pending an order on the above matters.

**IT IS FURTHER ORDERED** that the Petitioner shall file supplemental briefing and all relevant documents explaining why removal should not proceed on or before Tuesday, December 2, 2025. The Government may file a response to the supplemental briefing on or before Friday, December 5, 2025.

1

**MONROE, LOUISIANA**, this 26th day of November, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE